# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.　　　　　　　　　　　　　　　　　　　　　CASE NO: 2:11-CR-120-FtM-29SPC

HARVEY BASS

## ORDER

This matter comes before the Court on May 17, 2012. The Court held a hearing to address issues raised in the Motion to Withdraw as Counsel of Record (Doc. #63). After hearing the argument of Counsel and the testimony of the Defendant, the Court granted the Motion to Withdraw (Doc. #164) as it was clear that a complete breakdown in the attorney/client relationship existed. The Defendant has interviewed private counsel who he intends to retain to represent him in this matter. As the case is currently set on the May trial term, the Court set a status conference for May 21, 2012 to determine the Defendant's representation status. Until the Court is advised of new Counsel, the case shall remain on the May trial term.

Accordingly, it is now **ORDERED:**

The case shall remain on the May trial term.

**DONE AND ORDERED** at Fort Myers, Florida, this 17th Day of May, 2012.

*[signature]*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: Counsel of Record

1